IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT WILLIAM CLEWIS,                )
                                     )
            Petitioner,              )
                                     )  Civil No. 06-971-TC
    v.                               )
                                     )  ORDER
CHARLES DANIELS,                     )
                                     )
            Respondent.              )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on August 4, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed August 4, 2006, in its entirety. The petition (#1) is denied. This proceeding is dismissed without prejudice to pursue any remedy petitioner might have against the individuals or entity that allegedly improperly disposed of his property.

IT IS SO ORDERED.

DATED this 5th day of Sept., 2006.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER